# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL No. 10-473 |
| | : | CIVIL No. 16-1970 |
| HALYARD CARTER | : | |

## ORDER

This 26th day of October, 2017, it is hereby **ORDERED** that Petitioner Halyard Carter's "Motion to Reopen his Section 2255 Proceeding for Reconsideration under Rule 59," which I construe as a timely Motion to Alter or Amend a Judgment under Rule 59(e) or as a Motion for Reconsideration under Rule 60(b), is **DENIED** for the reasons set forth in the accompanying Memorandum and in my Orders of October 10, 2017 (Dkt. 105) and December 8, 2016 (Dkt. 101).

/s/ Gerald Austin McHugh
United States District Judge